1  McGREGOR W. SCOTT
   United States Attorney
2  COURTNEY J. LINN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,
                                     2:05-CV-01351-DFL-DAD
11           Plaintiff,
                                     APPLICATION AND ORDER
12      v.                           FOR PUBLICATION

13 2002 MERCEDES CLK 320,
   CALIFORNIA LICENSE NO. 4WPD336,
14 VIN: WDBLJ65G02F201642,

15
            Defendant.
16

18     The United States of America, plaintiff herein, applies for an
19 order of publication as follows:
20     1.  Rule C(4) of the Supplemental Rules for Certain Admiralty
21 and Maritime Claims provides that the plaintiff shall cause public
22 notice of the action and arrest to be given in a newspaper of
23 general circulation in the district, designated by order of the
24 Court;
25     2.  Local Rule 83-171, Eastern District of California,
26 provides that the Court shall designate by order the appropriate
27 newspaper for publication;
28 /////

1        3.   The defendant vehicle was seized in Sacramento County,
2   Sacramento, California;
3        4.   Plaintiff proposes that publication be made as follows:
4             a.   One publication;
5             b.   In the following newspaper, a legal newspaper of
6   general circulation, located in the county in which the defendant
7   property was seized: Daily Recorder;
8             c.   The publication to include the following:
9                  (1)   The Court, title and number of the action;
10                 (2)   The date of the arrest/seizure;
11                 (3)   The identity and/or description of the property
12  arrested/seized;
13                 (4)   The name, address and telephone number of the
14  attorney for the plaintiff;
15                 (5)   A statement that claims of persons entitled to
16  possession or claiming an interest pursuant to Supplemental Rule
17  C(6) of the Federal Rules of Admiralty must be filed with the Clerk
18  and served on the attorney for the plaintiff within 30 days after
19  the date of publication;
20                 (6)   A statement that answers to the complaint must
21  be filed and served within 20 days after the filing of the claims
22  and, in the absence thereof, default may be entered and
23  condemnation ordered;
24                 (7)   A statement that applications for intervention
25  under Fed. R. Civ. P. 24 by persons claiming maritime liens or
26  other interests shall be filed within the 30 days allowed for
27  claims for possession; and
28  /////

1               (8)   The name, address, and telephone number of the
2  U.S. Marshal and/or Department of Treasury.

4  DATED: 7/5/05                    McGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Courtney J. Linn

                                    COURTNEY J. LINN
                                    Assistant U.S. Attorney

**ORDER**

   IT IS SO ORDERED.

DATED: July 13, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/civil/2002mercedes.publicord