**LAW OFFICES OF JOHNNY L. GRIFFIN, III**
JOHNNY L. GRIFFIN, III (SBN 118694)
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Claimant
JAIJIN HAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:05-CV-01351-DFL-DAD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE DEADLINE FOR FILING OF CLAIMANT'S ANSWER** |
| vs. | |
| 2002 MERCEDES BENZ CLK 320, LICENSE NUMBER 4WPD336, VIN: WDBLJ64G02F201642 | Due: September 16, 2005 |
| | Honorable Dale A. Drozd, Jr. |
| Defendant, | |
| JAIJIN HAN, | |
| Claimant. | |

The United States of America, by and through Assistant U.S. Attorney Courtney Linn, and Claimant JaiJin Han, by and through his attorney, Johnny L. Griffin, III, hereby agree and stipulate to extend the deadline for Claimant to file his Answer in the above-entitled matter from September 16, 2005 to October 17, 2005. In addition, the parties agree to extend the date for the filing of a Joint Status Report until November 16, 2005.

Dated: September 7, 2005		Respectfully submitted,

			/s/ Courtney Linn
			COURTNEY LINN[1]
			Assistant U.S. Attorney


Dated: September 7, 2005		/s/ Johnny L. Griffin, III
			JOHNNY L. GRIFFIN, III
			Attorney for Claimant JAIJIN HAN

---

[1] Assistant United States Courtney Linn telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

**IT IS SO ORDERED.**

**Dated: September 13, 2005**

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE