McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2755

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>2002 MERCEDES BENZ, CLK 320,<br>LICENSE NUMBER 4WPD336, VIN:<br>WDBLJ65G02F201642,<br><br>         Defendant. | **2:05-CV-01351 DFL DAD**<br><br>**STIPULATION AND ORDER TO WAIVE INITIAL DISCLOSURES** |

IT IS HEREBY STIPULATED by the United States of America and Claimant JaiJin Han, through their undersigned counsel that Initial Disclosures in the above-referenced matter be waived.

The parties agree and stipulate that Initial Disclosures are unnecessary given that claimant's counsel has already received discovery as part of the parallel criminal case. Any additional discovery that the government needs can be obtained through the
///
///
///
///

1

1  civil discovery process.
2       IT IS SO STIPULATED.
3  Dated: 4/10/06                         McGREGOR W. SCOTT
                                          United States Attorney
4
5
                                           /s/ Courtney J. Linn
6                                         COURTNEY J. LINN
                                          Assistant U.S. Attorney
7
8
9  Dated: April 5, 2006                   /s/ Johnny L. Griffin, III
                                          JOHNNY L. GRIFFIN, III
10                                        Attorney for Claimant
                                          JinJin Han
11
12                                        (Original signature retained by
                                              Attorney)
13
14
15                                **ORDER**
16      IT IS SO ORDERED.
17 Dated: 4/12/2006                       /s/ David F. Levi
                                          DAVID F. LEVI
18                                        United States District Judge
19
20
21
22
23
24
25
26
27
28

2