IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIV. NO. 05-1351 DFL DAD |
| Plaintiff, | |
| v. | <u>ORDER RE DISPOSITION AFTER</u><br><u>NOTIFICATION OF SETTLEMENT</u> |
| 2002 MERCEDES CLK 320, et al., | |
| Defendants. | |

The court has been advised by plaintiff's attorney, Kristin S. Door, AUSA, that this action has been settled. Therefore, it is not necessary that the action remain upon the court's active calendar.

Accordingly, IT IS ORDERED:

1. That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than January 2, 2007; and

//

//

1

1   2.  That all hearing dates previously set in this matter
2  are vacated.
3   IT IS SO ORDERED.
4  Dated:  December 14, 2006
5
6
                            /s/ David F. Levi
7                           DAVID F. LEVI
                            United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

2